FILED

SEP 15 2026

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re: Demas Wai Yan

Case No.: 26-30779

Debtor(s) /

**CREDITOR MATRIX COVER SHEET**

I declare that the attached Creditor Mailing Matrix, consisting of 2 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: 09/14/2026

Signature of Debtor's Attorney or Pro Per Debtor

Attorney Recovery Systems
18757 Burbank Blvd, Ste 30
Tarzana, CA 91356

BRYANT FU
337 28TH AVE
SAN FRANCISCO, CA 94121

CALVALRY PORTFOLIO SERVICES LLC
1 AMERICAN LAN
STE 220
Greenwich, CT 06831

CAPITAL MANAGEMENT SERVICES
698 1/2 SOUTH OGDEN STREET
Buffalo, NY 14206-2317

CHARLES LI
235 Bobolink Way
Hercules, CA 94547

CHARLES LI

chase
700 kansas lane
LA4-6633
Monroe, LA 71203

CLERK, CRT OF APPEAL
350 MCALLISTER ST.
SAN FRANCISCO, CA 94102

CLIENT SERVICES INC
3451 HARRY S. TRUMAN BLVD
ST CHARLES, MO 63301-4047

CREDIT COLLECTION
PO BOX 96
NORWOOD, MA 02062-0096

CREDIT CORP SOLUTIONS, INC
121 W ELECTION ROAD
STE 200
Draper, UT 84020

CRYSTAL LEI
337 28TH AVE
SAN FRANCISCO, CA 94121

DRE
PO BOX 137007
SACRAMENTO, CA 95813-7007

FINANCIAL RECOVERY SERVICES
PO BOX 21405
EAGAN, MN 55121-1405

franchise tax board
PO BOX 1328
RANCHO CORDOVA, CA 95741-1328

HOME DEPOT
PO BOX 78011
PHOENIX, AZ 85062-8011

HSBC Mortgage Corporation
PO BOX 4215
Buffalo, NY 14240

IRS
1973 N. RULON WHITE BLVD
OGDEN, UT 84201

Kornfield, Nyberg, Bendes, Kuhner & Little P.
1970 Broadway, Suite 600
Oakland, CA 94612

MR COOPER
PO BOX 60516
City Of Industry, CA 91716-0516

Patenaude & Felix, A.P.C.
9619 Chesapeake Drive
Suite 300
San Diego, CA 92123

PURCO FLEET SERVICES INC
136 SOUTH MAIN STREET
Spanish Fork, UT 84660

radius global solutions llc
7505 Metro Blvd
Suite 400
Minneapolis, MN 55439

san francisco tax collector
PO BOX 7027
San Francisco, 94120-7027

san francisco tax collector
PO BOX 7027
san francisco, 94120-7027

SFPUC
PO BOX 7369
San Francisco, CA 94120

SIMM Associates
800 Pencader Dr.
Newark, DE 19702

STATE BAR
180 HOWARD ST
SAN FRANCISCO, CA 94105

STATES RECOVERY
2491 SUNRISE BLVD
RANCHO CORDOVA, CA 95670

TONY FU
337 28TH AVE
SAN FRANCISCO, CA 94121

TRANSWORLD
PO BOX 15273
WILMINGTON, DE 19850-5273

TRANSWORLD SYSTEMS INC
33400 8TH AVE S
STE 100
Federal Way, WA 98003

UCSF DENTAL CENTER
PO BOX 741649
Los Angeles, 90074-1649

UNION BANK
PO BOX 650349
DALLAS, TX 75265-0349

US BANK
PO BOX 108
ST LOUIS, MO 63166-0108

USBANK
PO BOX 790408
ST LOUIS, MO 63179-0408

WELLS FARGO
PO BOX 29482
PHOENIX, AZ 85038-9482

WELLS FARGO
PO BOX 5129
SIOUX FALLS, SD 57117-5129