Asaph Abrams (SBN 222576)
**ALDRIDGE PITE, LLP**
ecfcanb@aldridgepite.com
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for JPMorgan Chase Bank, National Association

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>DEMAS WAI YAN<br><br>Debtor. | Case No. 26-30779-HLB<br><br>Chapter 7<br><br>**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S REQUEST FOR SPECIAL NOTICE** |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the firm of ALDRIDGE PITE, LLP, attorneys for JPMorgan Chase Bank, National Association hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108



Case: 26-30779 Doc# 14 Filed: 09/18/26 Entered: 09/18/26 06:23:45 Page 1 of 3

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b. Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Aldridge Pite, LLP's participation in the instant proceeding. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize Aldridge Pite, LLP, either expressly or impliedly through Aldridge Pite, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

c. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

d. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

ALDRIDGE PITE, LLP

Dated: September 18, 2026

/s/ Asaph Abrams
Attorneys for JPMorgan Chase Bank, National Association

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **REQUEST FOR SPECIAL NOTICE** to be served on September 18, 2026. Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

**DEBTOR**
**(via U.S. Mail)**

Demas Wai Yan
1433 7th Ave San
Francisco, CA 94122

**TRUSTEE**
**(via electronic notice)**

Sarah L. Little
2415 San Ramon Valley Blvd. #4432
San Ramon, CA 94583
sarah@littletrustee.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 18, 2026

/s/ *Shelley Till*
SHELLEY TILL


Case: 26-30779 Doc# 14 Filed: 09/18/26 Entered: 09/18/26 06:23:45 Page 3 of 3