PETER C. ANDERSON
UNITED STATES TRUSTEE
GREGORY S. POWELL (SBN 182199)
ASSISTANT UNITED STATES TRUSTEE
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
E-mail: *greg.powell@usdoj.gov*

Attorneys for Peter C. Anderson
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br>DEMAS WAI YAN,<br><br>Debtor. | Case No. 26-30779 HLB<br><br>Chapter 7 |

## APPOINTMENT OF SUCCESSOR TRUSTEE

An order for relief was entered in this case on September 3, 2026, and Sarah L. Little was appointed Chapter 7 trustee. Sarah L. Little has resigned as trustee, and a copy of her resignation is attached hereto.

The United States Trustee hereby appoints Michael Kasolas as successor trustee in this case. Pursuant to 11 U.S.C. § 521, the Debtor is required to provide the successor trustee with bank statements, canceled checks, tax returns and/or other documents relating to the property of the estate upon request of the Trustee within five days of any such request.

Pursuant to this appointment, Michael Kasolas shall be covered by the Northern District of California aggregate Chapter 7 blanket bond.

Dated: September 28, 2026

PETER C. ANDERSON
UNITED STATES TRUSTEE, REGION 17

By: /s/ *Greg Powell*
Greg Powell
Assistant United States Trustee

**Sarah Lampi Little SBN 215635**
**Chapter 7 Trustee**
2415 San Ramon Valley Blvd., Suite 4432
San Ramon, CA 94583
Telephone: (510)485-0740
Email: sarah@littletrustee.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>Demas Wai Yan<br><br><br><br>DEBTOR | Bankruptcy Case No **26-30779 HLB**<br><br>Chapter 7<br><br><br>**NOTICE OF RESIGNATION** |

PLEASE BE ADVISED THAT Sarah Lampi Little, interim Chapter 7 Trustee in the above-captioned case, hereby resigns the appointment in this case due to a conflict of interest, and requests that the United State Trustee appoint a successor trustee in this case.

Respectfully submitted,

Dated: September 28, 2026 /s/ Sarah L. Little
Sarah L. Little, Trustee