FILED
OCT 09 2026
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Certificate Number: 14912-CAN-DE-041539639

Bankruptcy Case Number: 26-30779

14912-CAN-DE-041539639

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 8, 2026, at 8:03 o'clock PM EDT, Demas Yan completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: October 8, 2026

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor