Asaph Abrams (SBN 222576)
aabrams@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant
Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-4

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>DEMAS WAI YAN,<br><br>Debtor(s). | Case No. 26-30779-HLB<br><br>Chapter 7<br><br>R.S. No. AA-153<br><br>**NOTICE OF MOTION FOR IN REM RELIEF FROM AUTOMATIC STAY**<br><br>**<u>Hearing</u>**:<br>Date: December 3, 2026<br>Time: 1:00 P.M.<br>Place: ZOOM Only |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that, on December 3, 2026, at 1:00 p.m., or as soon thereafter as the parties may be heard, via ZOOM Only, there will be a preliminary hearing on Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-4's Motion for Relief from Automatic Stay ("Motion") made pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, before the Judge Hannah L. Blumenstiel.

**PLEASE TAKE NOTICE** the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by ZOOM Only.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that any party opposing the Motion must appear personally or by counsel at the preliminary hearing and may file responsive pleadings, points and authorities and declarations. **FAILURE TO APPEAR AT THE PRELIMINARY HEARING MAY BE DEEMED BY THE COURT TO BE CONSENT TO THE GRANTING OF THE MOTION**.

The Motion is based on the Motion, Memorandum of Points and Authorities in Support of Motion for In Rem Relief from Automatic Stay and Declaration in Support of Motion for In Rem Relief from Automatic Stay filed concurrently herewith, all other pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

**ALDRIDGE PITE, LLP**

Dated: November 2, 2026

/s/ *Asaph Abrams* (SBN 222576)
ASAPH ABRAMS
Attorneys for Movant Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-4