Duy Thai, SBN 157345
One Sansome Street, Suite 1400
San Francisco, California 94104
Tel: (415) 296-9927
Email: duy@duythai.com

Attorney for Creditor Charles Li

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>DEMAS WAI YAN,<br><br>Debtor. | Case No.: 26-30779-HLB<br>Chapter 7<br><br>ORDER AUTHORIZING EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY DEBTOR DEMAS WAI YAN PURSUANT TO BANKRUPTCY RULE 2004 |

This matter came before the Court without a hearing upon consideration of Creditor Charles Li's Ex Parte Application for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination of and Production of Documents by Debtor Demas Wai Yan (the "Application"). Based upon the Court's review of the Application, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, debtor Demas Wai Yan is hereby ordered to appear for an oral examination on December 15, 2026 at 9:30 a.m., at Jan Brown & Associates, Court Reporters, 701 Battery Street, San Francisco, California.

2. Demas Wai Yan is hereby ordered to produce the documents described below before close of business on December 10, 2026, or on such other dates as may be agreed to in writing between Charles Li and Demas Wai Yan, by delivery of the documents to Duy Thai, One Sansome Street, Suite 1400, San Francisco, California 94104, or by such other manners as may be agreed to in writing between Charles Li and Demas Wai Yan.

3. No subpoena is required to compel the Debtor's attendance or production under this Order.

4. Creditor Charles Li is hereby authorized to serve this Order by United States first-class mail to the Debtor's address of record, 1433 7th Avenue, San Francisco, California 94122, and by email to the Debtor at anewlaw@gmail.com.

**DOCUMENTS TO BE PRODUCED BY DEMAS WAI YAN**

**DEFINITIONS AND INSTRUCTIONS**

A. "YOU" and "YOUR" mean Demas Wai Yan, also known as Demas Yan.

B. "DOCUMENT" or "DOCUMENTS" is used in the broadest sense possible and includes, without limitation, any writings as defined by Rule 1001 of the Federal Rules of Evidence and electronically stored information as described by Rule 34(b)(2)(E). In particular, "DOCUMENT" includes both originals and copies, as well as electronically stored information that is stored in any medium from which information can be obtained.

C. "TRANSFER" means a transfer of cash or other property, including by means of check, wire transfer, debit or credit to an account, or the exchange of inventory or other property.

D. "LAGOON ROAD PROPERTY" means the real property located at 2004 West Lagoon Road, Pleasanton, California 94566.

E. Each request contained herein extends to any DOCUMENTS in YOUR possession, custody or control. A DOCUMENT is deemed to be in YOUR

possession, custody or control, (1) if it is in YOUR physical custody, or (2) if it is in the physical custody of any other person and YOU (a) own such DOCUMENT in whole or in part; (b) YOU have a right by contract, statute or otherwise to use, inspect, examine or copy such DOCUMENT on any terms; (c) YOU have an understanding, express or implied, that YOU may use, inspect, examine or copy such DOCUMENT on any terms; or (d) YOU have, as a practical matter, been able to use, inspect, examine or copy such DOCUMENT when YOU have sought to do so. Such DOCUMENTS shall include, without limitation, DOCUMENTS that are in the custody of YOUR attorneys or other agents.

F. If a DOCUMENT exists only within the memory of a computer or computer disc, a copy of that data should be produced in machine-readable form (i.e., native format), and a "hard" copy of the DOCUMENT should be printed and produced, unless otherwise agreed to in writing between YOU and counsel for Creditor Charles Li.

G. Unless otherwise stated, all document requests are for the period of **January 1, 2019** through present.

**DOCUMENTS TO BE PRODUCED**

1. All tax returns filed by YOU, or on which any income or expense of YOURS has been reflected.

2. All DOCUMENTS related to USA National Title Company Escrow No. 182001923-JG.

3. All DOCUMENTS relating to communications or financial transactions with Meiling Fang.

4. All DOCUMENTS relating to any assignment of any asset by Meiling Fang to YOU or to any entity in which YOU hold or have held an interest.

5. All DOCUMENTS relating to any interest Meiling Fang holds in any entity in which YOU hold or have held an interest.

6. All DOCUMENTS relating to communications or financial transactions with Tina Yan.



Case: 26-30779 Doc# 25-1 Filed: 11/12/26 Entered: 11/12/26 19:24:55 Page 3 of 6

7. All DOCUMENTS relating to communications or financial transactions with Shuzhen Tu.

8. All DOCUMENTS relating to 689 13th Street, San Jose, California.

9. All DOCUMENTS relating to 1052 Noble Lane, San Jose, California.

10. All DOCUMENTS relating to 547 23rd Avenue, San Francisco, California.

11. All DOCUMENTS relating to Noble Lane LLC.

12. All DOCUMENTS relating to Legal Recovery, LLC.

13. All DOCUMENTS relating to Legal Associates, Inc.

14. All DOCUMENTS relating to Legal Affiliates Inc.

15. All DOCUMENTS relating to Apartments.com.

16. All DOCUMENTS relating to CoStar.

17. All DOCUMENTS relating to Cozy.

18. All DOCUMENTS relating to a December 5, 2019 Zelle transaction from Legal Recovery, LLC's Wells Fargo account no. ending in 8660 to Shuzhen Tu.

19. All DOCUMENTS relating to a December 20, 2019 Zelle transaction from Legal Recovery, LLC's Wells Fargo account no. ending in 8660 to Shuzhen Tu.

20. All DOCUMENTS relating to a March 17, 2020 Zelle transaction from Legal Recovery, LLC's Wells Fargo account no. ending in 8660 to Shuzhen Tu.

21. All DOCUMENTS relating to YOUR acquisition of any interest in the LAGOON ROAD PROPERTY, including without limitation the Grant Deed recorded on or about June 8, 2026 purporting to transfer an interest in the LAGOON ROAD PROPERTY from Harry Nguyen to YOU, any consideration paid, and all communications with Harry Nguyen.

22. All DOCUMENTS relating to any loan, deed of trust, or lien secured by the LAGOON ROAD PROPERTY, including all communications with Mr. Cooper, HSBC Mortgage Corporation, and Wilmington Trust, National Association, or their agents.

23. All DOCUMENTS relating to the obligations owed to JPMorgan Chase Bank listed on Schedule D of YOUR schedules (account numbers ending in 8975 and 8041), including all loan documents and statements.

24. All DOCUMENTS relating to YOUR residence or occupancy at 1433 7th Avenue, San Francisco, California, including any lease, rental agreement, rent payments, and DOCUMENTS showing the owner of that property.

25. All DOCUMENTS relating to any real property located outside the United States in which YOU have held any interest, including without limitation any real property in Hong Kong, and any sale or TRANSFER thereof.

26. All DOCUMENTS identifying any corporation, limited liability company, partnership, trust, or other entity in which YOU have held any ownership interest or served as an officer, director, manager, member, or trustee, including without limitation J1K5 LLC and 29181 LLC.

27. All DOCUMENTS relating to any TRANSFER of money or property with a value of more than $**[1,000]** made by YOU, or on YOUR behalf, to any person or entity during the **[four]** years before September 3, 2026, other than in the ordinary course of YOUR household expenses.

28. All DOCUMENTS supporting the priority tax claims of $2,956,544.69 listed on Schedule E/F of YOUR schedules, including all notices, assessments, and correspondence from the Internal Revenue Service and the Franchise Tax Board.

29. All DOCUMENTS reflecting YOUR income from any source, and YOUR monthly expenses as listed on Schedules I and J of YOUR schedules.

30. All statements and records, including cancelled checks, deposit tickets, and electronic transaction records, for every bank, brokerage, payment-app


Case: 26-30779 Doc# 25-1 Filed: 11/12/26 Entered: 11/12/26 19:24:35 Page 5 of 6

(including Zelle, Venmo, and PayPal), or other financial account held in YOUR name, held for YOUR benefit, or over which YOU have had signatory authority.

31. All data in native format pertaining to YOUR finances, or the finances of any entity in which YOU hold an interest, from any accounting system currently or previously maintained by YOU or anyone on YOUR behalf.

32. All DOCUMENTS relating to YOUR management of 547 23rd Avenue, San Francisco, California, including all rents and other payments collected, expenses and mortgage obligations paid, short-term rental applications and registrations (including Application No. 2023-004596STR), listings on Airbnb or any other platform, and all payouts from any such platform.

33. All DOCUMENTS relating to any payment made by YOU, on YOUR behalf, or from any account in which YOU hold an interest or signatory authority, of attorneys' fees or litigation costs for any person or entity other than YOU, and all DOCUMENTS showing the source of the funds used for each such payment.

34. All DOCUMENTS relating to J1K5 LLC and [29818 LLC – DT: CONFIRM NAME], including any interest YOU hold in, any TRANSFER to or from, and any services YOU have performed for each.

35. All DOCUMENTS relating to YOUR management of the finances of Tina Yan (also known as Tina Foon Yan), including any power of attorney, any account on which YOU are a signatory, and any limited liability company or other entity owned or controlled by Tina Yan.

36. All DOCUMENTS relating to any real property owned by Tina Yan, including YOUR occupancy of any such property, any rent or other consideration paid for that occupancy, and any interest YOU hold or have held in any such property.

37. All DOCUMENTS relating to any real property YOU manage for any other person, including the building YOU manage for YOUR mother-in-law, and any compensation or other benefit YOU receive for that management.

**END OF ORDER**