Entered on Docket
November 23, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: November 23, 2026

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>DEMAS WAI YAN,<br><br>Debtor. | Case No. 26-30779 HLB<br><br>Chapter 13 |

**ORDER RESCHEDULING HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WILMINGTON TRUST NA**

This case is scheduled to come before the court on December 3, 2026, for a hearing on a Motion for Relief from Stay filed by Creditor Wilmington Trust NA.[1]

The court's schedule has changed, and it must reschedule the December 3 hearing. The court regrets and apologizes for any inconvenience this might cause, and ORDERS as follows:

**1.** The December 3 hearing is hereby continued to Monday, **December 7, 2026, at 1:00 p.m.**

**2.** This hearing will be conducted only via Zoom. The court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by

[1] Dkt. 23 (the "Motion").



Case: 26-30779 Doc# 26 Filed: 11/23/26 Entered: 11/23/26 09:32:22 Page 1 of 3

calling 888-821-7606 or by using the Live Chat feature on the court's website.

**3.** The December 3 hearing is hereby **VACATED.**

****END OF ORDER****

**<u>Court Service List</u>**

**Demas Wai Yan**
1433 7th Ave
San Francisco, CA 94122